BRIAN BOYNTON
Acting Assistant Attorney General
MICHAEL D. GRANSTON
Deputy Assistant Attorney General
GUSTAV W. EYLER
Director, Consumer Protection Branch
DAVID SULLIVAN
Senior Litigation Counsel
U.S. Department of Justice
Consumer Protection Branch
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C. 20001
    Telephone: (202) 307-0516
    Facsimile: (202) 514-8742
    Email: David.Sullivan2@usdoj.gov
TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
LISA A. PALOMBO, AUSA (SBN 169119)
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4042
    Facsimile: (213) 894-7819
    E-mail: Lisa.Palombo@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE MASAAKI KIMURA, individually,<br><br>    Defendant. | No. 20-CV-4218 JFW (AFMx)<br><br>ORDER OF CIVIL CONTEMPT<br><br>Date: March 22, 2021<br>Time: 1:30 p.m.<br>    and<br>Date: March 26, 2021<br>Time: 8:00 a.m.<br><br><br>Honorable John F. Walter |

Plaintiff United States of America (the "United States") commenced this action against defendant George Masaaki Kimura ("Defendant") by filing a civil Complaint seeking an injunction pursuant to 18 U.S.C. § 1345 and the Court's equitable powers. After entry of the Stipulated Order for Permanent Injunction and Final Judgment on June 5, 2020, the United States filed an Application for an Order to Show Cause Why Defendant should not be held in civil contempt for violation of that Order. A Show Cause hearing commenced on March 22, 2021 and further hearing on March 26, 2021.

**NOW, THEREFORE,** it is ORDERED as follows:

## I. FINDINGS

A. Based on submissions by the United States and evidence presented to the Court during the Show Cause hearing held on March 22, 2021 and on March 26, 2021, the Court finds Defendant in civil contempt for violating the Stipulated Order for Permanent Injunction and Final Judgment entered on June 5, 2020.

## II. ORDER

**IT IS NOW ORDERED** that, should Defendant be found in further violation of the Stipulated Order for Permanent Injunction and Final Judgment, the United States is authorized to seek from this Court an award of liquidated damages for $10,000.00 per violation of that Order.

**IT IS FURTHER ORDERED** that, within twenty (20) days of the entry of this Order, Defendant shall provide to the United States Postal Inspection Service all current bank account information and Defendant shall provide the account information for any bank account Defendant opens in the future. Such information shall be provided via phone call at a mutually agreeable time between the parties.

**IT IS FURTHER ORDERED** that, for a period of five years from the entry of this order, Defendant shall submit a quarterly Declaration to the United States Postal Inspection Service pursuant to 28 U.S.C. § 1746 stating that he has not assisted in prize promotion fraud or acted as a money transmitting business or, in the alternative, provide

the United States Postal Inspection Service any money transmitting devices he receives that are connected with prize promotion fraud or the illegal transmission and/or transfer of money. The declaration shall be in the form attached hereto as Exhibit A and the declaration and any money transmitting devices that are connected with prize promotion fraud or the illegal transmission and/or transfer of money shall be delivered to U.S. Postal Inspection Service, P.O. Box 7404, Washington, DC 20044-7404.

**IT IS SO ORDERED.**

Dated: March 26, 2021 _____
UNITED STATES DISTRICT JUDGE

4

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GEORGE MASAAKI KIMURA,<br>individually,<br><br>　　　　Defendant. | No.: 20-CV-4218 JFW (AFMx) |

## DECLARATION OF COMPLIANCE

　　The undersigned certifies, pursuant to Section II of the Order of Civil Contempt entered by the United States District Court for the Central District of California on _____, 2021, in the above captioned matter that:

1.　　Defendant has not participated in prize promotion fraud, and;

2.　　Defendant has not acted as a money transmitting business.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on _____ at _____, California.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　George Masaaki Kimura